UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-20212-CR-GRAHAM

UNITED STATES OF AMERICA

                    Plaintiff,

vs.

ISABEL TORRES,

                    Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA
Voucher for Attorney's Fees.

**THE MATTER** was referred to United States Magistrate Judge
Palermo on October 13, 2011. A Report and Recommendation was
filed on November 4, 2011 recommending payment in the amount of
$13,365.00 as to voucher number FLS112764. The Court has
conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of
United States Magistrate Judge Peter R. Palermo is hereby Adopted
and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th
day of November, 2011.

                                        _____
                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Palermo
        David O. Markus, Esq.
        Lucy Lara, CJA Administrator